

## Missouri Court of Appeals
### Southern District

**NOVEMBER 4, 2014**

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b).

1.    SD31517    PABLO DAN HALOG and CINDY F. HALOG, Plaintiffs-Respondents
vs.
SIBYL ENGLAND and DANNY JOE ENGLAND, Defendants-Appellants